UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **14-8176-WM**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**DORIS HENRIETTE YEMBE,**
    Defendant.
_____/

FILED by __KL__ D.C.
APR 3 0 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

## WARRANT OF REMOVAL

A(n) __X__ Complaint
    ____ Indictment
    ____ Information
    ____ Probation Violation Warrant
    ____ Supervised Release Violation Warrant
    ____ Bench Warrant

having been filed in the __EASTERN__ District of __NEW YORK (BROOKLYN)__, charging the above named defendant with __18:1343__, and the defendant having

    ____ surrendered
    __X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

    __X__ waived further hearing
    ____ been given a hearing in accordance with **Fed.R.Crim.P. 40.**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 30TH day of APRIL, 2014.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   US Probation
   U.S. Marshal (2 certified copies)